**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOHN K. HARRIS | : | |
|     Plaintiff | : | |
| | | |
| v | : | Civil Action No. WDQ-07-3313 |
| | | |
| ADDISON-DARDEN P.C., | : | |
| SHELDON H. LEVITT, | | |
| FRANCIS J. GORMAN, | : | |
| OFFICE OF ADMINSTRATIVE HEARINGS | | |
| CHIEF THOMAS E. DEWBERRY, | : | |
| ATTORNEY GRIEVANCE COMMISSION, | | |
| MARYLAND INSURANCE ADMINISTRATIVE | : | |
|     Defendants | : | |

o0o

## MEMORANDUM

The above-captioned complaint was filed on December 10, 2007, together with a Motion to Proceed In Forma Pauperis. Because he appears to be indigent, Plaintiff's motion will be granted.

Plaintiff alleges that he was in a car accident and hired the law firm of Addison-Darden to represent him in a lawsuit. Paper No. 1. He claims the attorney who represented him, Mark Darden, acted negligently in representing of him. *Id*. The remainder of the allegations concern Plaintiff's attempts to sue his attorney for legal malpractice. The sole reason the Complaint was filed in this Court is due to Plaintiff's belief that he cannot get a fair hearing in the state courts.

There is no federal cause of action stated in the Complaint and this Court does not have jurisdiction to hear a state cause of action absent diversity of citizenship among the parties. *See* 28 U.S.C. §§ 1331 and 1332. In addition, the amount in controversy in a diversity action must exceed $75,000. All parties to the instant claim are citizens of Maryland, therefore, diversity jurisdiction does not exist here. Accordingly, the Complaint will be dismissed without prejudice.

December 21, 2007                                               /s/
Date                                                           William D. Quarles, Jr.
                                                              United States District Judge